# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2013

147989

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re E. K. HOPKINS-WEBSTER, Minor.

SC: 147989
COA: 315194
Montcalm CC Family Division:
2011-000493-NA

_____/

On order of the Court, the application for leave to appeal the August 13, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2013



p1217

Clerk